**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**


ROSE WEAVER                                                    Plaintiff

v.                                    2:09CV00072 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                       Defendant

<u>**JUDGMENT**</u>


Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 19th day of July, 2010.


_____
UNITED STATES MAGISTRATE JUDGE